UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 60101
   MICHAEL HENRY
   SHARON HENRY                           CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6504     SSN XXX-XX-0092

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 02/22/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/18/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 16143.78 | .00 | 16143.78 |
| ONYX ACCEPTANCEO CORP | UNSEC W/INTER | 4290.69 | 422.65 | 4290.69 |
| GALWAY FINANCIAL SVC LLC | UNSEC W/INTER | 312.50 | 26.59 | 312.50 |
| MORTGAGE CLEARING CORP | SECURED NOT I | 1362.78 | .00 | .00 |
| MORTGAGE CLEARING CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| NEAL FELD | DEBTOR ATTY | 1,750.00 | | 1,750.00 |
| TOM VAUGHN | TRUSTEE | | | 1,486.69 |
| DEBTOR REFUND | REFUND | | | 817.04 |

          Summary of Receipts and Disbursements:
---------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 25,249.94 | |
| PRIORITY | | .00 |
| SECURED | | 16,143.78 |
| UNSECURED | | 4,603.19 |
| INTEREST | | 449.24 |
| ADMINISTRATIVE | | 1,750.00 |
| TRUSTEE COMPENSATION | | 1,486.69 |
| DEBTOR REFUND | | 817.04 |
| TOTALS | 25,249.94 | 25,249.94 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 11/20/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE